**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 96-6390**

LAWRENCE TURNER,

Plaintiff - Appellant,

versus

RONALD J. ANGELONE, Director, Commonwealth of
Virginia Department of Corrections; GENE M.
JOHNSON, Deputy Director, Commonwealth of Vir-
ginia Department of Corrections,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Albert V. Bryan, Jr., Senior
District Judge. (CA-96-94-AM)

Submitted: July 25, 1996          Decided: August 7, 1996

Before LUTTIG and MOTZ, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Lawrence Turner, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See
Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order dismissing pursuant to 28 U.S.C. § 1915(d) (1988), his action seeking to enjoin the enforcement of an amendment to the prison regulation governing personal property. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm. See Pell v. Procunier, 417 U.S. 817, 827 (1974); Hanvey v. Blankenship, 631 F.2d 296, 296-97 (4th Cir. 1980). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2